Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| DEBRA DUPUIS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; TRANSUNION LLC, ONEWEST BANK, N.A., ASSET ACCEPTANCE, LLC; BMW BANK OF NORTH AMERICA; BMW FINANCIAL SERVICES, LLC; DISCOVER BANK; HSBC HOLDINGS PLC; THE TORONTO-DOMINION BANK; CAVALRY PORTFOLIO SERVICES, LLC, AND DOES 1 THROUGH 100 INCLUSIVE,<br><br>　　　　　Defendants. | Federal Case No.: 5:15-CV-03128-lhk<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC. ONLY; [~~PROPOSED~~] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　IT IS HEREBY STIPULATED by and between plaintiff Debra Dupuis and defendant Equifax, Inc., that Equifax, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

1

STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC; [PROPOSED] ORDER

1  DATED:  August 7, 2015			SAGARIA LAW, P.C.

2						By:  ___*/s/ Elliot W. Gale*___
3						        Elliot W. Gale
						Attorneys for Plaintiff
4						DEBRA DUPUIS

5
6  DATED:  August 7, 2015			NOKES & QUINN

7

8						By:  ___*/s/Thomas P. Quinn*___
						        Thomas P. Quinn
9						Attorney for Defendant
10						Equifax, Inc.

11

12  I, Elliot Gale, am the ECF user whose identification and password are being used to file this

13  Stipulation. I hereby attest that Thomas P. Quinn has concurred in this filing.

14  */s/ Elliot Gale*

15

16                                                      [~~PROPOSED~~] ORDER

17      Pursuant to the stipulation of the Parties, the parties above are dismissed with prejudice.

18      IT IS SO ORDERED.

19
20  DATED: August 12, 2015		_____
						LUCY H. KOH
						UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED.*
Judge Vince Chhabria

2
STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC; [PROPOSED] ORDER